AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| DOROTHY A. NECAISE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1: 13 CV 385 HSO-RHW |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN HERITAGE LIFE INSURANCE COMPANY
Through its registered agent
CT CORPORATION SYSTEM OF MISSISSIPPI
645 LAKELAND EAST DRIVE, SUITE 101
FLOWOOD, MISSISSIPPI 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  E. Bragg Williams, III
Joe H. Montgomery
Williams, Williams & Montgomery, P. A.
109 West Erlanger Street
P. O. Box 113
Poplarville, Mississippi  39470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**

CLERK OF COURT

Date: 10/2/13

*Signature of Clerk or Deputy Clerk*